IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


STEPHEN CAFFERTY,

                                                    No. CV 06-1252-ST
                    Plaintiff,

                                                    OPINION AND ORDER
            v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.



**MOSMAN, J.,**

On February 28, 2008, Magistrate Judge Stewart issued Findings and Recommendation

("F&R") (#27) in the above-captioned case recommending that Defendant's Motion to Remand

Case to Agency (#23) should be DENIED and the Comissioner's decision should be REVERSED

AND REMANDED for a determination and award of benefits pursuant to sentence four of 42

U.S.C. § 405(g).  No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may

file written objections.  The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination.  The court is generally required to

make a *de novo* determination of those portions of the report or specified findings or

recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

court is not required to review, under a *de novo* or any other standard, the factual or legal

PAGE 1 - OPINION AND ORDER

conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.


DATED this  _19th_  day of March, 2008.



/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER