IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN CAFFERTY,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

No. CV 06-1252-ST

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed March 19, 2008 (#29) adopting the Magistrate Judge's Findings and Recommendations (#27),

    IT IS ORDERED AND ADJUDGED that Defendants' Motion to Remand Case to Agency (#23) is DENIED and the Commissioner's decision is REVERSED and REMANDED for a determination and award of benefits pursuant to sentence four of 42 U.S.C. § 405(g).

    DATED this  19th  day of March, 2008.

                                       /s/ Michael W. Mosman
                                       MICHAEL W. MOSMAN
                                       United States District Judge

PAGE 1 - JUDGMENT